UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HARVEY LAPAN,<br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br>   *Defendants*. | No. 3:21-cv-1400 (VAB) (RAR)<br><br><br><br><br>November 1, 2021 |

### NOTICE TO COURT RE: 28 U.S.C. § 1915

The Government hereby provides the following information to the Court regarding the Court's 28 U.S.C. § 1915 analysis. The Government has conducted a review of the assets listed on page two of the complaint; specifically, the Government has reviewed U.S. Attorney's Office filings, searched an interagency database that tracks assets subject to forfeiture, and checked with the DEA. Based on this research, the Government has confirmed that the assets set forth on page two of the complaint are part of the criminal forfeiture allegations in *U.S. v. Lapan*, 3:20-cr-140 (VAB), doc. #1. *See also U.S. v. Lapan*, 3:20-cr-138 (VAB), doc. #29.

The Government does not wish to interfere with the Court's analysis and advances no argument at this point; it is submitting this information to the Court to provide clarity between the various cases. The Government is happy to answer any further questions.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

    /S/ David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT  06510
(203) 821-3700
FEDERAL BAR # ct25640
David.C.Nelson@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY